# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Barry McLendon,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                         3:04-cv-38-2-V

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2006 Order.

**Signed: February 13, 2006**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court